1006

*In the Matter of the Detention of* DANIEL W. GRIFFITH.

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL W. GRIFFITH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-2-08907-7, James H. Allendoerfer, J., entered December 10, 2004. *Affirmed* by unpublished per curiam opinion. Now published at 136 Wn. App. 480.

THE STATE OF WASHINGTON, *Appellant*, v. SHERELYN ANDERSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-03943-4, Jeffrey M. Ramsdell, J., entered April 4, 2005. *Affirmed* by unpublished per curiam opinion.

TERRY WAKEFIELD, *Appellant*, v. SEATTLE CHOCOLATE COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-35052-4, Dean Scott Lum, J., entered January 28, 2005. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Appelwick, C.J., and Baker, J.

THE STATE OF WASHINGTON, *Respondent*, v. ROLAND ARTHUR SPEIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for San Juan County, No. 05-1-05003-6, Alan R. Hancock, J., entered May 27 and August 1, 2005. *Affirmed* by unpublished per curiam opinion.